United States District Court
Eastern District of Arkansas

| | |
|---|---|
| **J & J Sports Productions, Inc.,**  Plaintiff,  vs.  **Joe Galburth, et al.,**  Defendants. | CASE NO.  4:10cv0099 JMM |

### ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS Joe Galburth and Denise Galburth, individually and d/b/a Platinum Rose

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J Sports Productions, Inc. and Defendants Joe Galburth and Denise Galburth, individually and d/b/a Platinum Rose, that the above-entitled action is hereby dismissed **with prejudice** against Joe Galburth and Denise Galburth, individually and d/b/a Platinum Rose and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

IT IS SO ORDERED:

_(signed) James M. Moody_                                      Dated: December 6, 2010
The Honorable James M. Moody
United States District Court
Eastern District of Arkansas